UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ORIENTHAL D. LIGGINS, | ) | No. ED CV 09-01838-JLS (VBK) |
| Plaintiff, | ) ) | ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED |
| v. | ) ) | STATES MAGISTRATE JUDGE; (2) GRANTING DEFENDANTS CPT. McMAHON, |
| ROD HOOPS, et al., | ) ) | SGT. DORROUGH AND WEST VALLEY DETENTION CENTER'S MOTION TO |
| Defendant. | ) ) | DISMISS; AND (3) DISMISSING THE FOURTH AMENDED COMPLAINT |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Fourth Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, (2) granting Defendants Cpt. McMahon, Sgt. Dorrough and West Valley Detention Center's Motion

//
//
//
//
//

1 | to Dismiss the Fourth Amended Complaint and (3) directing that
2 | Judgment be entered dismissing the Fourth Amended Complaint with
3 | prejudice.
4 |
5 | DATED: March 16, 2014      JOSEPHINE L. STATON
  |                            JOSEPHINE L. STATON
6 |                            UNITED STATES DISTRICT JUDGE